UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WARREN JAMES SOILEAU, JR.** | : | **CIVIL ACTION NUMBER:** |
| **VERSUS** | : | |
| | | **JUDGE** |
| **AC MARINE, INC. AND** | | |
| **ABC INSURANCE COMPANY** | : | **MAGISTRATE** |

**COMPLAINT FOR DAMAGES UNDER THE JONES ACT
AND GENERAL MARITIME LAW**

The petition of Warren James Soileau, Jr., of full age, a resident of and domiciled in Tylertown, Mississippi, respectfully represents:

1.

This is a case brought under the general maritime law of the United States and under the Jones Act, 46 U.S.C. §§ 30104-30106, 28 U.S.C. § 1331 and Art. III, § 2, United States Constitution.

2.

At all pertinent times, including the date of the accident sued upon, March 1, 2011, plaintiff was a seaman acting as the Captain of the tug boat the M/V Travis Henry, which, at the time of the accident, was in navigable waters on the Gulf of Mexico and which vessel was owned and/or operated by defendant AC Marine, Inc.

3.

At all times pertinent herein, including the date of the accident sued upon, March 1, 2011, plaintiff was a seaman employed by AC Marine, Inc.

4.

The following parties are made defendants herein:

A. AC Marine, Inc., whose principal place of business is 130 West 83rd Street, Cut Off, Louisiana 70345, and whose registered agent for service of process is Bryan Mayberry, 130 West 83rd Street, Cut Off, Louisiana 70345.

B. ABC Insurance Company, alleged on information and belief to be a foreign insurer authorized to do and/or doing substantial business in Louisiana.

5.

At all pertinent times herein, including the date of the accident sued upon, March 1, 2011, it is alleged on information and belief, the M/V Travis Henry was owned and operated by AC Marine, Inc.

6.

At all pertinent times herein, plaintiff was a seaman and a member of the crew of the M/V Travis Henry and an employee of A.C. Marine, Inc.

7.

On or about March 1, 2011, plaintiff was traveling aboard the vessel from the engine room when he was struck in the head by a hatch used to access a small passageway in the interior of the vessel.

8.

Plaintiff shows that plaintiff was seriously injured, which injuries include, but are not limited to, cervical disc herniation and spondylosis at C5-C6 and C6-C7, for which he has undergone surgery and other medical treatment, and right sided disc herniation at C3-C4, with the possible need for future surgery and other medical treatment, and pain in other parts of his body, which injury has rendered him permanently disabled.

9.

Plaintiff shows that the accident and resulting injuries and damages sued upon were the direct and proximate result of the negligence of his employer and the unseaworthiness of the vessel M/V Travis Henry, which negligence and unseaworthiness is listed more particularly, but not exclusively, as follows:

    A.    The negligence of the defendant in failing to repair the defective latch on the hatch, a defect of which the defendant was aware;

    B.    The negligence of the defendant in ordering operation of the M/V Travis Henry in the waters of the Gulf of Mexico, a body of water for which the vessel was not designed;

    C.    The negligence of the defendant in failing to provide adequate equipment and crew to do the job safely;

    D.    The unseaworthiness of the vessel in the following non-exclusive respects:

        1.    A vessel not reasonably fit for the open waters of the Gulf of Mexico;

        2.    A locking mechanism on the hatch, which was defective and not reasonably fit for its intended purpose;

        3.    Lack of an adequate crew to do the job safely;

        4.    Lack of sufficient equipment to do the job safely; and

        5.    Other items of unseaworthiness which may be shown through discovery or at trial.

    E.    All other acts of negligence and fault which may be shown through discovery or at trial;

    F.    Generally, the failure of this defendant to act with the required degree of care commensurate with the existing situation.

10.

Plaintiff shows that as a result of the negligence of the defendant and the unseaworthiness of the vessel, plaintiff suffered serious injuries, including but not limited to, cervical disc herniation and spondylosis at C5-C6 and C6-C7 and right sided disc herniation at C3-C4 which has caused him to suffer the following damages for which he is entitled to be compensated by defendants, in solido:

A. Lost wages and impairment earning capacity (past and future);

B. Medical and related expenses (past and future);

C. Physical injury and disability (past and future);

D. Physical pain and suffering (past and future);

E. Mental anguish and distress (past and future);

F. Loss of found (past and future); and

G. Loss of enjoyment of life (past and future);

H. Other items of damage which may be shown through discovery or at trial.

11.

Plaintiff shows that ABC Insurance Company had in full force and effect at the time of the accident sued upon a policy of liability insurance insuring the defendant AC Marine, Inc. against liability of the nature asserted herein.

WHEREFORE, plaintiff, Warren James Soileau, Jr., prays that, after due proceedings are had, there be judgment in his favor and against defendants, **AC Marine, Inc. and ABC Insurance Company**, in solido, in an amount which is just and reasonable with legal interest thereon from date of loss until paid or, alternatively, from date of judicial demand until paid, and for all costs of these proceedings. Plaintiff prays for all other relief as may be just and equitable in the premises.

Respectfully submitted this 14th day of February, 2012.

deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ, L.L.P.

BY: **/s/ John W. deGravelles**
JOHN W. deGRAVELLES #04808
STEPHANIE B. HULETT #33193
618 Main Street
Baton Rouge, LA 70801
Phone: 225/344-3735
Fax:    225/408-5339
Email: jdegravelles@dphf-law.com
Email: shulett@dphf-law.com

**PLEASE SERVE THE FOLLOWING DEFENDANT:**

**AC Marine, Inc.**
**Through its Agent for Service of Process**
Bryan Mayberry,
130 West 83rd Street,
Cut Off, Louisiana 70345